

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Ave., N.W., Rm:7531
Washington, D.C. 20530

Tel: (202) 514-5089
Fax: (202) 307-2551

Lyle W. Cayce, Clerk
Office of the Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *Physician Hospitals of America v. Sebelius,* No. 11-40631

Dear Mr. Cayce:

    We write to inform this Court that, on June 28, 2012, the Supreme Court issued its decision in *Nat. Fed'n Indep. Business v. Sebelius*, No. 11-393; *U.S. Dep't of Health and Human Servs. v. Florida*, No. 11-398; and *Florida v. U.S. Dep't of Health and Human Servs.*, No. 11-400. The Supreme Court upheld the minimum coverage provision of the Affordable Care Act as a valid exercise of Congress's taxing power. *See* 2012 WL 2427810.

                                      Sincerely,

                                      Dana Kaersvang /s/
                                      Attorney, Appellate Staff
                                      Civil Division
                                      Counsel for the Appellees

[Filed and served via ECF]